IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLTON EWEL,** | : | **CIVIL ACTION** |
| Petitioner | : | |
| | : | |
| v. | : | NO. 08-1703 |
| | : | |
| **DAVID DIGUGLIELMO, et al.,** | : | |
| Respondents | : | |

## O R D E R

**STENGEL, J.**

    **AND NOW**, this 11th day of December, 2008, upon consideration of the pleadings and record herein[1] and after review of the Report and Recommendation of Chief Magistrate Judge Thomas J. Rueter, along with Petitioner's Objection to the Report and Recommendation (Document #13) filed on October 10, 2008, as well as Respondents' Response to Petitioner's Objections (Document #18) filed on November 19, 2008, it is hereby **ORDERED** that:

    1) Petitioner's objections to Magistrate Judge Rueter's Report and Recommendation are overruled;

    2) the Report and Recommendation are **APPROVED** and **ADOPTED**;

    3) the petition for a writ of habeas corpus is **DENIED**; and

    4) there is no probable cause to issue a certificate of appealability.

                                BY THE COURT:

                                /s/ Lawrence F. Stengel
                                LAWRENCE F. STENGEL, J.

---

    [1] I have undertaken a *de novo* review as required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).